# In the United States Court of Federal Claims

No. 16-1668C
(Filed: February 28, 2017)

```
*************************************
                                     *
AIR CENTER HELICOPTERS, INC.,        *
                                     *
            Plaintiff,               *
                                     *
      v.                             *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant,                *
                                     *
AND                                  .*
                                     *
ERICKSON HELICOPTERS, INC.           *
                                     *
            Defendant-Intervenor .    *
*************************************
```

## ORDER

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, the Court hereby **DISMISSES WITH PREJUDICE** the above captioned case. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge
